UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZENAIDA CALDERIN, <br><br>  Plaintiffs, <br><br>  v. <br><br> YAHOO! Inc., <br><br>  Defendant. | CASE NO. 14-cv-2753 <br><br> Honorable Judge Matthew Kennelly <br><br> Magistrate Judge Jeffrey Cole |

**DECLARATION OF LORI CHANG IN SUPPORT OF YAHOO! INC.'S
MOTION FOR SUMMARY JUDGMENT**

I, Lori Chang, declare:

1. I am an attorney at law duly licensed and admitted to practice in California. I am an attorney with the law firm of Greenberg Traurig, LLP, attorneys of record for defendant Yahoo! Inc. ("Yahoo"). I make this declaration in support of Yahoo's Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify thereto, I could and would competently do so under oath.

2. On February 3, 2014, the United States District Court for the Southern District of California denied summary judgment for Yahoo! Inc. in *Sherman v. Yahoo! Inc.*, __F. Supp. 2d__, 2014 WL 369384, at *6-7 (S.D. Cal. Feb. 3, 2014), a Telephone Consumer Protection Act action involving text messages. The court's order in *Sherman* is currently subject to a Motion for Reconsideration filed on March 3, 2014. *See Sherman*, Dkt. 33-1, Case No. 13-cv-0041 GPC WVG (S.D. Cal.).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on May 13, 2014, in Los Angeles, California.

                                                    /s/ Lori Chang
                                                        Lori Chang

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014, I electronically filed ***Defendant Yahoo! Inc.'s Notice of Presentment, Motion for Summary Judgment, Memorandum in Support of Motion for Summary Judgment, Defendant Yahoo! Inc.'s Local Rule 56.1 Statement Of Material Facts In Support Of Its Motion For Summary Judgment, and Declarations of Amir Doron, Monica Desai, and Lori Chang*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Vincent L. DiTomasso
Peter S. Lubin
John Auchter
DITOMASSO LUBIN, P.C.
17W 220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
(630) 333-0000

Alexander I. Arezina
728 W. Grand Ave.
Chicago, IL 60610
(312) 437-1982

                                                             /s/ Francis A. Citera