**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Zenaida Calderin

                              Plaintiff,

v.                                                    Case No.: 1:14–cv–02753
                                                      Honorable Manish S. Shah

Yahoo!, Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2014:

         MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For
the reasons stated on the record, Defendant's Motion to Stay Discovery [35] is denied. The
parties' oral motion for consolidation of the cases (14 C 2028 and 14 C 2753) is granted.
The Clerk of Court is ordered to consolidate these cases for all purposes. Counsel for the
parties shall confer and then prepare and file a joint Reassignment Status Report, not to
exceed five pages, within 14 days. A template for the Reassignment Status Report, setting
forth the information required, may be found at
http://www.ilnd.uscourts.gov/home/JudgeInfo.aspx by clicking on Judge Shah's name and
then again on the link entitled 'Cases Reassigned to Judge Shah.&#039; In addition to the
required materials for the report, the parties shall propose a discovery schedule and a new
briefing schedule on defendant's motion for summary judgment. A status hearing date
shall be set after the court has reviewed the parties' reassignment status report. Notices
mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.