# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | Case No. 14-cv-2028 |
| ZENAIDA CALDERIN, <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | Case No. 14-cv-2753 |

## NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Plaintiff, ZENAIDA CALDERIN ("Plaintiff Calderin") hereby notifies Defendant YAHOO! INC. that she is accepting Defendant's Offer of Judgment made on February 3, 2016, for judgment to be entered against Defendant Yahoo! Inc. and in favor of Plaintiff Calderin for $1,500.00.

Respectfully submitted,

  s/ Peter S. Lubin

Vincent L. DiTommaso
Peter S. Lubin
DiTommaso Lubin, P.C.
17W 220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
(630) 333-0000
(630) 333-0333 Fax
*For Plaintiff Zenaida Calderin*

## CERTIFICATE OF SERVICE

I, Peter S. Lubin, the undersigned attorney, hereby certify that I caused the foregoing **NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** to be served upon:

Timothy J. Sostrin    tsostrin@keoghlaw.com

Ian Charles Ballon    ballon@gtlaw.com, cronkritec@gtlaw.com, kolbers@gtlaw.com, bartonju@gtlaw.com

Lucia Lynn Marker-Moore    markermoorel@gtlaw.com, chilitdock@gtlaw.com, mitchellr@gtlaw.com

Keith James Keogh    aflores@keoghlaw.com, mseckel@keoghlaw.com, keith@keoghlaw.com

Alexander I. Arezina    alex@arezinalaw.com

Lori Chang    changl@gtlaw.com

Katherine Marie Bowen    kym@caclawyers.com, justin@caclawyers.com, kate@caclawyers.com

Michael S. Hilicki    michael_hilicki@hotmail.com, mhilicki@keoghlaw.com

David J McGlothlin    david@westcoastlitigation.com

Nina D. Boyajian    riveraal@gtlaw.com, boyajiann@gtlaw.com

Francis A Citera    citeraf@gtlaw.com, chilitdock@gtlaw.com, mitchellr@gtlaw.com

Joshua Branden Swigart    eva-dickey-hyde-swigart-2509@ecf.pacerpro.com, josh@westcoastlitigation.com

Justin Alexander Barton    bartonju@gtlaw.com

Brett Michael Doran    jankiewiczk@gtlaw.com, chilitdock@gtlaw.com, doranb@gtlaw.com

Seyed Abbas Kazerounian    ak@kazlg.com

via e-mail transmission on February 9, 2016.

/s/ Peter Lubin _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 14-cv-2028 |
| v. | ) ) | Honorable Judge Manish Shah |
| YAHOO! INC., | ) ) | Magistrate Judge Jeffrey Cole |
| Defendant. | ) ) ) | |
| ZENAIDA CALDERIN, | ) ) | |
| Plaintiff, | ) ) | Case No. 14-cv-2753 |
| v. | ) ) | Honorable Judge Manish Shah |
| YAHOO! INC., | ) ) | Magistrate Judge Jeffrey Cole |
| Defendant. | ) ) | |

**DEFENDANT YAHOO! INC.'S OFFER OF JUDGMENT
PURSUANT TO FED. R. CIV. P. 68**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Yahoo! Inc. ("Yahoo") hereby offers to allow judgment to be taken as follows:

1.      Judgment against Yahoo in this action on behalf of plaintiff Zenaida Calderin in the amount of one thousand five hundred dollars ($1,500.00), inclusive of all damages, attorneys' fees, costs, prejudgment interest, where applicable, and any other monetary recovery sought, to be paid pursuant to terms agreeable to both Yahoo and Calderin; and

2. If accepted, this offer will resolve all of Calderin's claims in this action including, without limitation, Calderin's demands for damages, costs and attorneys' fees, and any other monetary recovery sought.

This offer of judgment is made for the purposes specified in Fed. R. Civ. P. 68, and will be deemed withdrawn unless you serve a written notice of acceptance of this offer within fourteen (14) days of the date that it was served on you.

This offer of judgment is not to be construed as an admission of any fact or acknowledgment of any liability whatsoever, under any circumstances, by Yahoo or anyone else bound by the offered judgment, is being tendered solely for the purposes of expediency and economy, to avoid further expense in this pending action, and is not to be used as evidence or suggestion of any alleged liability or wrongdoing or admission of any fact, circumstance or conclusion in any proceeding, formal or informal, with respect to Yahoo or anyone else bound by the terms and conditions of the offered judgment.

Dated: February 3, 2016						**YAHOO! INC.**

By: /s/ Francis A. Citera
One of its attorneys

Francis A. Citera (ARDC # 6185263)
Brett M. Doran (ARDC # 6286057)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435
citeraf@gtlaw.com
doranb@gtlaw.com

Ian C. Ballon (Appearing *Pro Hac Vice*)
Lori Chang (Appearing *Pro Hac Vice*)
Nina D. Boyajian (Appearing *Pro Hac Vice*)
Justin A. Barton (Appearing *Pro Hac Vice*)
Greenberg Traurig, LLP

1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Fax: (310) 586-7800
ballon@gtlaw.com
changl@gtlaw.com
boyajiann@gtlaw.com
bartonju@gtlaw.com

3

## CERTIFICATE OF SERVICE

I, Francis A. Citera, an attorney, certify that I caused a copy of the foregoing **Defendant Yahoo! Inc.'s Offer of Judgment Pursuant to Fed. R. Civ. P. 68**, to be served via Email on this 3d day of February, 2016, on the following.

| | |
|---|---|
| Keith J. Keogh | Alexander I. Arezina |
| Timothy Sostrin | 1504 North Dearborn |
| Michael S. Hilicki | Apartment 210 |
| Keogh Law, Ltd. | Chicago, IL 60610 |
| 55 West Monroe Street, Suite 3390 | (312) 787-2998 Telephone |
| Chicago, Illinois 60603 | alex@arezinalaw.com |
| (312) 726-1092 Telephone | |
| (312) 726-1093 Facsimile | Vincent L. DiTommaso |
| keith@keoghlaw.com | Peter S. Lubin |
| tsostrin@keoghlaw.com | John Auchter |
| mhilicki@keoghlaw.com | DiTommaso Lubin, P.C. |
| *For Plaintiff Rachel Johnson* | 17W 220 22nd Street, Suite 410 |
| | Oakbrook Terrace, Illinois 60181 |
| | (630) 333-0000 Telephone |
| | (630) 333-0333 Facsimile |
| | vdt@ditommasolaw.com |
| | psl@ditommasolaw.com |
| | jauchter@ditommasolaw.com |
| | *For Plaintiff Zenaida Calderin* |

                                                    /s/ Francis A. Citera